IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, VERONICA CAMPOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERONICA CAMPOS, | ) Case No.: CV 12-3545 JEM |
| Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~]  ORDER |
| | ) AWARDING EAJA FEES |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY , | ) |
| | ) HON. JOHN E. MCDERMOTT |
| Defendants. | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of  THREE THOUSAND NINE HUNDRED FIFY DOLLARS ($3,950.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 9, 2013

*/s/John E. McDermott*_____
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE
JUDGE